**STATE of Missouri, Respondent,**

v.

**Michael N. WERNEKE, Appellant.**

**WD 78740**

Missouri Court of Appeals, Western District.

Order filed: July 5, 2016

Nathan J. Aquino, for Respondent.

Ellen Flottman, for Appellant.

Before Division Two: Victor C. Howard, Presiding Judge, Thomas H. Newton, Judge and Karen King Mitchell, Judge

### *ORDER*

PER CURIAM:

Michael Werneke appeals his conviction following a jury trial for child molestation in the first degree, section 566.067, RSMo Cum. Supp. 2013, and sentence as a prior offender to thirty years imprisonment. In his sole point on appeal, he contends that

the trial court abused its discretion in overruling his objection to the prosecutor's improper comment during closing arguments on his failure to testify. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of conviction is affirmed. Rule 30.25(b).